206 U. S. Decisions on Petitions for Writs of Certiorari.

No. 697. ALASKA TREADWELL GOLD MINING COMPANY, PETITIONER, *v.* Z. R. CHENEY, ADMINISTRATOR, ETC. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles J. Faulkner* for petitioner. *Mr. J. J. Darlington* and *Mr. R. W. Jennings* for respondent.

No. 711. JOCK B. HENDERSON, PETITIONER, *v.* JAMES M. HENRIE ET AL. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. V. B. Archer* for petitioner. *Mr. John G. McCluer* and *Mr. James S. McCluer* for respondents.

Nos. 717 and 718. JAMES L. BRADFORD ET AL., PETITIONERS, *v.* THE UNITED STATES. May 13, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edgar H. Farrar* and *Mr. F. L. Richardson* for petitioners. *The Attorney General, The Solicitor General* and *Mr. W. W. Howe* for respondent.

Nos. 742 and 743. LEEDS & CATLIN COMPANY, PETITIONER, *v.* VICTOR TALKING MACHINE COMPANY ET AL. May 27, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Louis Hicks* for petitioner. *Mr. Horace Pettit* for respondents.